# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5941 | **DATE** | 12/6/2010 |
| **CASE TITLE** | Central States, Southeast and Southwest Areas Pension fund, et al vs. SCOF Holding Company, Inc., et al | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for award of attorneys' fees and non-taxable costs [238] granted. Pursuant to 29 U.S.C. §§1132(g)(2)(D) and 145(b), Plaintiffs shall have and recover from Defendants $87,238.75 in attorneys' fees and $2,665.12 in non-taxable costs, for a total of $89,903.87. Enter Judgment For Attorneys' Fees And Non-Taxable Costs. (For further detail see separate order.)

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|